Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

DOUGLAS C. SMITH           5364-0
dcs@hawaiilawyer.com
ROSS UEHARA-TILTON     10743-0
rut@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

Attorneys for Defendant
CRC II, INC. f/k/a CLARK REALTY CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HANS FRANKE; and LOUISE FRANKE,<br><br>          Plaintiffs,<br><br>  vs.<br><br>JULIA A. YATES; DENNIS YATES; CRC II, INC. FKA CLARK REALTY CORPORATION; and DOES 1 THROUGH 50,<br><br>          Defendants. | Civil No. 19-00007-DKW-RT<br>(Other Fraud)<br><br>FIRST STIPULATION EXTENDING TIME FOR DEFENDANT CRC II, INC. FKA CLARK REALTY CORPORATION TO SERVE ANSWER TO COMPLAINT; ORDER |

**FIRST STIPULATION EXTENDING TIME FOR
DEFENDANT CRC II, INC. FKA CLARK REALTY
CORPORATION TO SERVE ANSWER TO COMPLAINT**

424712

WHEREAS, Plaintiffs HANS FRANKE and LOUISE FRANKE filed their *Complaint* initiating this lawsuit on January 8, 2019 ("Complaint"); and

WHEREAS, Defendant CRC II, INC., formerly known as CLARK REALTY CORPORATION ("CRC"), is now known as ELEPAIO GROUP, INC.; and

WHEREAS, CRC's counsel accepted personal service of the Complaint on January 25, 2019, on behalf of CRC; and

WHEREAS, Defendants JULIA A. YATES and DENNIS YATES have been served with the Complaint but have not yet filed an answer; and

WHEREAS, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, CRC is required to serve an answer to the Complaint on or before February 15, 2019; and

WHEREAS, Plaintiff's counsel and CRC's counsel have agreed to extend the deadline for CRC to file an answer to the Complaint or a motion under Rule 12(b) of the Federal Rules of Civil Procedure.

NOW THEREFOR, it is hereby stipulated and agreed between Plaintiffs and CRC, by and through their respective counsel, as follows:

1. The deadline for CRC to file its answer to the Complaint or a motion under Rule 12(b) of the Federal Rules of Civil Procedure will be extended from February 15, 2019, to March 15, 2019.

2. This extension will apply only to CRC and not to the other defendants in this action, unless further stipulated by the parties.

DATED: San Francisco, California, February 11, 2019.

WEISBERG & MILLER

/s/ CHRISTIAN FENTON
_____
CHRISTIAN FENTON

Attorneys for Plaintiffs
HANS FRANKE and LOUISE FRANKE

DATED: Honolulu, Hawaii, February 11, 2019.

DAMON KEY LEONG KUPCHAK HASTERT

/s/ ROSS UEHARA-TILTON
_____
DOUGLAS C. SMITH
ROSS UEHARA-TILTON

Attorneys for Defendant
CRC II, INC.,
f/k/a CLARK REALTY CORPORATION

**APPROVED AND SO ORDERED:**

DATED: Honolulu, Hawaii, February 13, 2019.

/s/ Rom A. Trader
_____
Rom A. Trader
United States Magistrate Judge



_____
Franke v. Yates et al.; Civil No. 19-00007-DKW-RT; *First Stipulation Extending Time for Defendant CRC II, Inc., FKA Clark Realty Corporation to Serve Answer to Complaint; Order*