McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| RANDALL K. SCHMITT | #3752-0 |
| JAIME H. TOKIOKA | #10819-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
E-mail: schmitt@m4law.com; jht@m4law.com

Attorneys for Plaintiffs
HANS FRANKE and LOUISE FRANKE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HANS FRANKE, an individual; and LOUISE FRANKE, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>JULIA A. YATES, an individual; DENNIS YATES, an individual; CRC II, INC. FKA CLARK REALTY CORPORATION, a Hawaiʻi Corporation; Does 1 through 50, inclusive,<br><br>    Defendants. | CIVIL NO. 19-00007 DKW-RT<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO STRIKE WENDELL F. BROOKS, JR., ON BEHALF OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS JULIA A. YATES AND DENNIS YATES AS FIRST IDENTIFIED IN THEIR FIRST SUPPLEMENTAL INITIAL DISCLOSURES [DKT. 86]<br><br>Trial Date: March 29, 2021<br>Judge: Honorable Derrick K. Watson |

ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFFS' MOTION TO STRIKE WENDELL F. BROOKS, JR.,
ON BEHALF OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS
JULIA A. YATES AND DENNIS YATES AS FIRST IDENTIFIED
IN THEIR FIRST SUPPLEMENTAL INITIAL DISCLOSURES [DKT. 86]

On August 5, 2020, Plaintiffs HANS FRANKE and LOUISE FRANKE (collectively, "Plaintiffs") filed a Motion to Strike Wendell F. Brooks, Jr. on Behalf of Defendants and Counterclaim Plaintiffs Julia A. Yates and Dennis Yates as First Identified in Their First Supplemental Initial Disclosures [Dkt. 86] ("Motion") [Dkt. No. 92].

On August 26, 2020, Defendants JULIA A. YATES and DENNIS YATES (collectively, "Defendants Yates") filed their Memorandum in Opposition to [Dkt. 92] Plaintiffs' Motion to Strike Wendell F. Brooks, Jr. on Behalf of Defendants and Counterclaim Plaintiffs Julia A. Yates and Dennis Yates as First Identified in Their Supplemental Initial Disclosures [Dkt. 86], Filed on August 5, 2020 [Dkt. No. 95].  On August 27, 2020, Defendant CRC II, INC. FKA CLARK REALTY CORPORATION ("Defendant CRC II") filed its Statement of Position on [Dkt. 92] Plaintiffs' Motion to Strike Wendell F. Brooks, Jr., on Behalf of Defendants and Counterclaim Plaintiffs Julia A. Yates and Dennis Yates as First Identified in Their First Supplemental Initial Disclosures [Dkt. 86], Filed on August 5, 2020 [Dkt. No. 96].  On September 3, 2020, Plaintiffs filed their Reply Memorandum in Support of Motion to Strike Wendell F. Brooks, Jr., on Behalf of Defendants and

Counterclaim Plaintiffs Julia A. Yates and Dennis Yates as First Identified in Their First Supplemental Initial Disclosures [Dkt. 86], Filed on August 5, 2020 [Dkt No. 97].

These matters came on for a telephonic hearing on September 17, 2020 at 9:30 a.m. before the Honorable Rom A. Trader.  Attorneys Randall K. Schmitt and Jaime H. Tokioka appeared by telephone on behalf of Plaintiffs.  Attorneys Stephanie E.W. Thompson and Greg H. Takase appeared by telephone on behalf of Defendants Yates.  Attorneys James Shin and Barron T. Oda appeared by telephone on behalf of Defendant CRC II.

Having considered the written submissions and the arguments of counsel, the Motion is GRANTED IN PART and DENIED IN PART as follows:

1. Motion is GRANTED with respect to Plaintiffs' request to strike Wendell F. Brooks, Jr. ("Mr. Brooks") from Defendants and Counter-Claim Plaintiffs Julia A. Yates and Dennis Yates' First Supplemental Initial Disclosures [Dkt. 60], filed on July 16, 2020 [Dkt. No. 86];

2. Motion is DENIED without prejudice with respect to Plaintiffs' request to limit the scope of Mr. Brooks' testimony; and

3. Motion is DENIED with respect to Plaintiffs' request to reopen Plaintiffs' expert disclosure deadline to rebut Mr. Brooks' expert opinions.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 24, 2020.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge


APPROVED AS TO FORM:


/s/ Greg H. Takase
STEPHANIE E.W. THOMPSON
GREG H. TAKASE
Attorneys for Defendants
JULIA A. YATES and
DENNIS YATES


/s/ James Shin
JAMES SHIN
BARRON T. ODA
Attorneys for Defendant
CRC II, INC. FKA CLARK REALTY CORPORATION

_____
Civ. No. 19-00007 DKW-RT; *Franke, et al. v. Yates, et al.*; Order Granting in Part and Denying in Part Plaintiffs' Motion to Strike Wendell F. Brooks, Jr. on Behalf of Defendants and Counterclaim Plaintiffs Julia A. Yates and Dennis Yates as First Identified in Their First Supplemental Initial Disclosures [Dkt. 86]